# IN THE UNITED STATESDISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATESOF AMERICA | : | CRIMINAL NO._____ |
| | : | |
| v. | : | DATE FILED:  __August    , 2019__ |
| | : | |
| KENNETH EUGENE CHERRY, JR. | : | VIOLATIONS: |
| a/k/a "Kenny" | : | 18 U.S.C. § 922(a)(1)(A) (dealing in |
| | : | firearms without a license – 1 count) |
| | : | 18 U.S.C. § 922(g)(l) (possession of a |
| | : | firearm by a felon – 15 counts) |
| | : | 18 U.S.C. § 922(o)(possession and transfer |
| | : | of a machinegun – 1 count) |
| | : | 26 U.S.C. § 5861(d)(possession of a |
| | : | firearm not registered in the NFR and |
| | : | Transfer Record – 2 counts) |
| | : | 18 U.S.C. §§ 922(k) and 924(a)(1)(B) |
| | : | (possession of a firearm with serial |
| | : | number removed, obliterated and altered |
| | : | – 8 counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | : | Notice of forfeiture |

## SUPERSEDING INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about August 17, 2018, to on or about February 4, 2019, in

Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

willfully engaged in the business of dealing in firearms without being licensed to do so under the

provisions of Chapter 44, Title 18, United States Code, and aided and abetted.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and

924(a)(1)(D) and 2.

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 6, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a "Kenny"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed, and aided and abetted the possession, in and affecting

interstate commerce of a firearm, that is, a Colt, Model 1911, .45 caliber semiautomatic pistol,

bearing serial number 7057A, and the firearm was in and affecting interstate and foreign

commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 17, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a "Kenny"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed and aided and abetted the possession of a firearm, that

is, at least one of the following: (a) a Taurus, Model G2C, 9mm caliber semiautomatic pistol,

with the serial number obliterated; (b) a Smith & Wesson, Model SD40VE, .40 caliber

semiautomatic pistol, with the serial number obliterated; (c) a Glock, Model 27, .40 caliber

semiautomatic pistol, with the serial number obliterated; (d) a Glock, Model 23, .40 caliber

semiautomatic pistol, with the serial number obliterated; and (e) an HS Products/Springfield

Armory, Model XDS, 9mm caliber semiautomatic pistol, bearing serial number S3724961, and

the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## **COUNT FOUR**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 20, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### **KENNETH EUGENE CHERRY, JR.,**
### **a/k/a/ "Kenny,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, a Glock, Model 43, 9mm caliber

semiautomatic pistol with an extended magazine, with the serial number obliterated, and the

firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

4

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 18, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, an Inter Ordnance, Model Sporter,

7.62x39mm caliber semiautomatic rifle, with the serial number obliterated, loaded with 20 live

rounds of 7.62x39mm ammunition, and the firearm was in and affecting interstate and foreign

commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## <u>COUNT SIX</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 21, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, , a Romthenica, Model WUM I,

7.62x39mm semiautomatic rifle, bearing serial number WUM 1-1439, and the firearm was in

and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 24, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a

DPMS, Model A-15, .223 caliber semiautomatic rifle, bearing serial number F265790, along

with two 20-round boxes of live .223 caliber ammunition; and a Leinad, Model CM-11, 9mm

semiautomatic rifle, bearing serial number 94-0013122 Romthenica, Model WUM I, 7.62x39mm

semiautomatic rifle, bearing serial number WUM 1-1439, and the firearm was in and affecting

interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 3, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, an FN, Model FNS-9C, 9mm caliber

semiautomatic pistol, bearing serial number CSU0058665, and the firearm was in and affecting

interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

8

## COUNT NINE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 11, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, a Taurus, Model PT24-7, 9mm

caliber semiautomatic pistol, with the serial number obliterated, along with 11 live rounds of

9mm caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 16, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, an Anderson Manufacturing, Model

AM-15, 5.56mm caliber semiautomatic rifle, bearing serial number 15010585, loaded with 10

live rounds of 5.56mm caliber ammunition, and the firearm was in and affecting interstate and

foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT ELEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 31, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, a Springfield Armory, Model XD-9,

9mm caliber semiautomatic pistol, with the serial number obliterated, and the firearm was in and

affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWELVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 19, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KENNETH EUGENE CHERRY, JR.,**
**a/k/a/ "Kenny,"**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a Bushmaster, Model XM-15 E2S, .223 caliber semiautomatic rifle, bearing serial number BK1509096, along with 44 live rounds of .223 caliber ammunition; and a Bryco, Model Jennings Nine, 9mm caliber semiautomatic pistol, bearing serial number 1502274, along with 12 live rounds of 9mm caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THIRTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 3, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a Stag

Arms, Model Stag-15, .223 caliber semiautomatic rifle, bearing serial number Y405296, along

with 27 live rounds of 7.62x39mm caliber ammunition; and a Norinco, model MAK90 Sporter,

7.62x39mm rifle, bearing serial number 9369231, and the firearm was in and affecting interstate

and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOURTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 3, 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a Colt,

Model M1991A1, .45 caliber semiautomatic pistol, bearing serial number CP27759; and a

Taurus, Model PT1911, .45 caliber semiautomatic pistol, bearing serial number NGO50891, and

the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIFTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 14 , 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, an FN, Model FNS-40, .40 caliber

semiautomatic pistol, bearing serial number GKU0151426, and the firearm was in and affecting

interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIXTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 4, 2019, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny,"

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, that is, an Intratec, Model AB-10, 9mm

caliber semiautomatic pistol, bearing serial number A004955, along with 15 live rounds of 9mm

caliber ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVENTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 20, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed and transferred a machinegun, as defined by Title 18, United States Code,

Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, two (2)

machinegun conversion devices intended for use in converting a semiautomatic Glock pistol to

fire automatically.

In violation of Title 18, United States Code, Section 922(o).

17

## COUNT EIGHTEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 20, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section

921(a)(23), and Title 26, United States Code, Section 5845(b), that is, two (2) machinegun

conversion devices intended for use in converting a semiautomatic Glock pistol to fire

automatically, not registered to the defendant in the National Firearms Registration and Transfer

Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(6), (b), 5861(d),

and 5871.

## COUNT NINETEEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 24, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KENNETH EUGENE CHERRY, JR.,**
**a/k/a/ "Kenny"**

knowingly possessed a firearm with an overall length of less than 26 inches and a barrel length of less than 16 inches, that is, a Leinad, Model CM-11, 9mm semiautomatic rifle, bearing serial number 94-0013122, not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(4), (c), 5861(d), and 5871.

## COUNT TWENTY

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 17, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Taurus, Model PT111 G2C, 9mm caliber

semiautomatic pistol, which had the importer's and manufacturer's serial number removed,

obliterated, and altered, and had been shipped and transported in interstate and foreign commerce

at any time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

20

## COUNT TWENTY-ONE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 17, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Smith & Wesson, Model SD40VE, .40S&W caliber

semiautomatic pistol, which had the importer's and manufacturer's serial number removed,

obliterated, and altered, and had been shipped and transported in interstate commerce at any

time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

21

## COUNT TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 17, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Glock, Model 27, .40S&W caliber semiautomatic

pistol, which had the importer's and manufacturer's serial number removed, obliterated, and

altered, and had been shipped and transported in interstate and foreign commerce at any time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

22

## COUNT TWENTY-THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 17, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Glock, Model 23, .40S&W caliber semiautomatic

pistol, which had the importer's and manufacturer's serial number removed, obliterated, and

altered, and had been shipped and transported in interstate and foreign commerce at any time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

23

## COUNT TWENTY-FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 20, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Glock, Model 43, 9mm caliber semiautomatic pistol,

which had the importer's and manufacturer's serial number removed, obliterated, and altered,

and had been shipped and transported in interstate and foreign commerce at any time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

24

## COUNT TWENTY-FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 18, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, an InterOrdnance, Model Sporter, 7.caliber

semiautomatic pistol, which had the importer's and manufacturer's serial number removed,

obliterated, and altered, and had been shipped and transported in interstate commerce at any

time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

25

## COUNT TWENTY-SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 11, 2018, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Taurus, Model PT24-7, 9mm caliber semiautomatic pistol, which had the importer's and manufacturer's serial number removed, obliterated, and altered, and had been shipped and transported in interstate commerce at any time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

26

## COUNT TWENTY-SEVEN

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 31, 2018, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### KENNETH EUGENE CHERRY, JR.,
### a/k/a/ "Kenny"

knowingly possessed a firearm, that is, a Springfield, Model XD-9, 9mm caliber semiautomatic

pistol, which had the importer's and manufacturer's serial number removed, obliterated, and

altered, and had been shipped and transported in interstate commerce at any time.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

27

## **NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections

922(a)(1)(A), 922(g)(1), 922(k), 922(o), and Title 26, United States Code, Section 5861(d) set

forth in this indictment, defendant

### **KENNETH EUGENE CHERRY, JR.,**
**a/k/a/ "Kenny"**

shall forfeit to the United States of America the firearms and ammunition involved in the

commission of these offenses, including, but not limited to:

(1) A Colt, Model 1911, .45 caliber semiautomatic pistol, bearing serial number 7057A;

(2) a Taurus, Model G2C, 9mm caliber semiautomatic pistol, with the serial number obliterated;

(3) a Smith & Wesson, Model SD40VE, .40 caliber semiautomatic pistol, with the serial number obliterated;

(4) a Glock, Model 27, .40 caliber semiautomatic pistol, with the serial number obliterated;

(5) a Glock, Model 23, .40 caliber semiautomatic pistol, with the serial number obliterated;

(6) an HS Products/Springfield Armory, Model XDS, 9mm caliber semiautomatic pistol, bearing serial number S3724961;

(7) a Glock, Model 43, 9mm caliber semiautomatic pistol with an extended magazine, with the serial number obliterated;

(8) an Inter Ordnance, Model Sporter, 7.62x39mm caliber semiautomatic rifle, with the serial number obliterated;

(9) a Romthenica, Model WUM I, 7.62x39mm semiautomatic rifle, bearing serial number WUM 1-1439;

(10) a DPMS, Model A-15, .223 caliber semiautomatic rifle, bearing serial number F265790;

(11) an FN, Model FNS-9C, 9mm caliber semiautomatic pistol, bearing serial number CSU0058665;

(12) a Taurus, Model PT24-7, 9mm caliber semiautomatic pistol, with the serial number obliterated;

(13) An Anderson Manufacturing, Model AM-15, 5.56mm caliber semiautomatic rifle, bearing serial number 15010585;

(14) a Springfield Armory, Model XD-9, 9mm caliber semiautomatic pistol, with the serial number obliterated;

(15) a Bushmaster, Model XM-15 E2S, .223 caliber semiautomatic rifle, bearing serial number BK1509096;

(16) a Bryco, Model Jennings Nine, 9mm caliber semiautomatic pistol, bearing serial number 1502274;

(17) a Stag Arms, Model Stag-15, .223 caliber semiautomatic rifle, bearing serial number Y405296;

(18) a Norinco, Model MAK90 Sporter, 7.62x39mm rifle, bearing serial number 936923;

(19) an AR-15 variant .223 caliber semiautomatic rifle, bearing no serial number;

(20) a Colt, Model M1991A1, .45 caliber semiautomatic pistol, bearing serial number CP27759;

(21) a Taurus, Model PT1911, .45 caliber semiautomatic pistol, bearing serial number NGO50891;

(22) an FNS, Model FNS-40, .40 caliber semiautomatic pistol, bearing serial number GKU0151426;

(23) an Intratec, Model AB-10, 9mm caliber semiautomatic pistol, bearing serial number A004955;

(24) a Leinad, Model CM-11, 9mm semiautomatic rifle, bearing serial number 94-0013122;

(25) two (2) machinegun conversion devices ("Glock Auto Sears");

(26) 38 live rounds of 9mm caliber ammunition;

(27) 84 live rounds of .223 caliber ammunition;

(28) 10 live rounds of 5.56mm ammunition;

(29) 47 live rounds of 7.62x39mm caliber ammunition;

(30) a 7.62x39mm caliber Magpul magazine;

(31) a 5.56 caliber magazine;

(32) a 75-round 7.62x39mm caliber drum magazine.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____

**FOREPERSON**

**WILLIAM M. McSWAIN**
**United States Attorney**