```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA        :     CRIMINAL ACTION
                                :
         v.                     :
                                :
KENNETH EUGENE CHERRY, JR.      :
    a/k/a "Kenny"               :     NO. 19-122-1

## ORDER

AND NOW, this  6th  day of July, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Motion of defendant Kenneth Eugene Cherry, Jr. for Release Pending Imposition of Sentencing (Doc. # 123) is DENIED.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                                          J.