IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH EUGENE CHERRY, JR. | : | NO. 19-122-1 |

ORDER

AND NOW this 10th day of November, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the Emergency Motion Requesting Home Confinement and/or a Reduction in Sentence Pursuant to the First Step Act (Doc. # 170) of defendant Kenneth Eugene Cherry, Jr. is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                               J.