IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH EUGENE CHERRY, JR. | : | NO. 19-122-1 |

ORDER

AND NOW this 17th day of May, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Kenneth Eugene Cherry, Jr. for a sentence reduction and compassionate release (Doc. # 176) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
                    J.