IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH EUGENE CHERRY, JR. | : | NO. 19-122-1 |

ORDER

AND NOW this 14th day of September, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of defendant Kenneth Eugene Cherry, Jr. for compassionate release and sentence reduction (Doc. # 193) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.