```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KENNETH EUGENE CHERRY, JR. | : | NO. 19-122-1 |

<u>ORDER</u>

AND NOW, this 24th day of January, 2024, it is hereby ORDERED that:

(1) The motion of Defendant Kenneth Eugene Cherry, Jr. to correct, vacate, or set aside his sentences under 28 U.S.C. § 2255 (Doc. #207) is DENIED.

(2) The motion of Defendant Cherry requesting judicial notice (Doc. #219) is GRANTED.

(3) The motion of Defendant Cherry to compel the Government to show cause (Doc. #233) is DENIED as moot.

(4) No certificate of appealability is issued.

                                                BY THE COURT:

                                                <u>/s/ Harvey Bartle III</u>
                                                                                     J.