IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:19-CR-00122 |
| v. | : | HONORABLE HARVEY BARTLE, III |
| KENNETH EUGENE CHERRY, JR. | : | ELECTRONICALLY FILED |

## NOTICE OF APPEAL

**NOW COMES** Kenneth Eugene Cherry, by and through undersigned court appointed counsel, Peter J. Thompson, Esquire, who hereby files this Notice of Appeal in the Third Circuit Court of Appeals regarding the District Court decision issued on January 24, 2024, in a 28 U.S.C. §2255 claim.

Respectfully submitted,

By: /s/ Peter J. Thompson
Peter J. Thompson, Esquire
PA ID No. 82656
Thompson Law Advocates, P.C.
1500 Walnut Street, 7th Floor West
Philadelphia, PA  19102
(p) 215-525-9155
peter@tlapc.org

Date:  February 5, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO. 2:19-CR-00122 |
| **v.** | : | HONORABLE HARVEY BARTLE, III |
| **KENNETH EUGENE CHERRY, JR.** | : | ELECTRONICALLY FILED |

## CERTIFICATE OF SERVICE

    I, Peter J. Thompson, Esquire, hereby certify that on the second day of February, 2024, I served the attached Notice of Appeal of Defendant Kenneth E. Cherry, via ECF upon:

JOSEPH A. LABAR, Esquire
Assistant United States Attorney
Office of the United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania  19106-4476


                                                                     /s/ Peter J. Thompson
                                                                  Peter J. Thompson, Esquire